UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-11312 FMO (PDx) | Date | January 12, 2022 |
|---|---|---|---|
| Title | Rey Bernabe et al v. Life Insurance Company of North America, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Gabriela Garcia | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     (In Chambers) Order to Show Cause Re: Sanctions or Dismissal

Pursuant to the Court's Order of January 11, 2021, the parties were required to complete a settlement conference no later than May 11, 2021.  (See Dkt. 13, Court's Order of January 11, 2021, at 2).  If the case settled, the parties were required to file a Notice of Settlement no later than 24 hours after settlement.  (See id. at 3).  Otherwise, the parties were required to file a Status Report Re: Settlement no later than 48 hours after the settlement conference was complete.  (See id.).  The court twice extended the settlement conference deadline pursuant to stipulations filed by the parties.  (See Dkt. 29, Court's Order of April 21, 2021); (Dkt. 38, Court's Order of November 2, 2021).  The current deadline to complete the settlement conference was January 7, 2022.  (See Dkt. 38, Court's Order of November 2, 2021).

As of the filing date of this Order, neither a Notice of Settlement nor a Status Report Re: Settlement has been filed.  (See, generally, Dkt.).  Accordingly, IT IS ORDERED THAT, no later than **January 20, 2022**, the parties shall show cause in writing why sanctions should not be imposed for failure to comply with the Court's Orders of January 11, 2021, and November 2, 2021.  **Failure to submit a response to this Order by the deadline set forth above may result in the imposition of sanctions and/or dismissal of this action for lack of prosecution.**  See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002), cert. denied, 538 U.S. 909 (2003).

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | gga |